| Attorney or Party without Attorney: Benjamin I. Siminou, Esq. (SBN 254815)<br>SINGLETON SCHREIBER McKENZIE & SCOTT, LLP<br>450 A Street, 5th Floor<br>San Diego, CA 92101<br>Telephone No: 619-488-6699<br>Attorney For: Attorneys for Plaintiff and Proposed Class | Ref. No. or File No.: | For Court Use Only<br>ELECTRONICALLY FILED<br>Superior Court of California,<br>County of San Diego<br>09/21/2021 at 04:21:00 PM<br>Clerk of the Superior Court<br>By Lee McAlister, Deputy Clerk |
|---|---|---|

Insert name of Court, and Judicial District and Branch Court:
SAN DIEGO COUNTY SUPERIOR COURT - HALL OF JUSTICE

Plaintiff: Mohammad Farshad Abdollah Nia, individually, et al.
Defendant: Bank of America, N.A., a National Banking Association

| PROOF OF SERVICE SUMMONS | Hearing Date: 07/01/2022 | Time: 10:30 am | Dept/Div: C-67 | Case Number: 37-2021-00036843-CU-CR-CTL |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons; Class Action Complaint; Notice of Case Assignment and Case Management Conference; Civil Case Cover Sheet; Stipulation To Use Alternative Dispute Resolution (ADR); Notice of E-Filing Requirements and Imaged Documents; Alternative Dispute Resolution (ADR) Information

3. a. Party served:     Bank of America, N.A., a National Banking Association
   b. Person served:    Daisy Montenegro, Intake Specialist, CT Corporation System, Registered Agent

4. Address where the party was served:    330 N Brand Blvd, Suite 700, Glendale, CA 91203

5. I served the party:
   a. **by personal service.**    I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*: Tue, Sep 21 2021 (2) at *(time)*: 12:40 PM
   (1)  [X]  (business)
   (2)  [ ]  (home)
   (3)  [ ]  (other) :

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. [ ] as an individual defendant.
   b. [ ] as the person sued under the fictitious name of *(specify)*:
   c. [ ] as occupant.
   d. [X] On behalf of *(specify)*:    Bank of America, N.A., a National Banking Association
      under the following Code of Civil Procedure section:
      [X] 416.10 (corporation)                    [ ] 415.95 (business organization, form unknown)
      [ ] 416.20 (defunct corporation)            [ ] 416.60 (minor)
      [ ] 416.30 (joint stock company/association) [ ] 416.70 (ward or conservatee)
      [ ] 416.40 (association or partnership)     [ ] 416.90 (authorized person)
      [ ] 416.50 (public entity)                  [ ] 415.46 (occupant)
      [ ] other:

FL FIRSTLEGAL

Judicial Council Form POS-010
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE SUMMONS

6140965
(15008209)
Page 1 of 2

52
Ex. B