**MIGLIACCIO & RATHOD LLP**
Matthew A. Smith (SBN 309392)
Nicholas Migliaccio, *pro hac vice*
Jason Rathod, *pro hac vice*

**SINGLETON SCHREIBER, LLP**
Benjamin I. Siminou (CA No. 254815)

*Attorneys for Plaintiff and Proposed Class*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMMAD FARSHAD ABDOLLAH NIA, individually, and on behalf of all others similarly situated,<br><br>PLAINTIFF<br><br>V.<br><br>BANK OF AMERICA, N.A., a National Banking Association,<br><br>DEFENDANT. | CASE NO.: 3:21-cv-01799-BAS-BGS<br><br>**PLAINTIFF'S MOTION AND NOTICE OF MOTION TO DISQUALIFY OR EXCLUDE THE TESTIMONY OF CHARLES H. GRICE**<br><br>Hearing Date: August 18, 2023<br>(Special Briefing Schedule Requested)<br><br>**NO ORAL ARGUMENT UNLESS ORDERED BY THE COURT** |

# PLAINTIFF'S MOTION TO DISQUALIFY OR EXCLUDE THE TESTIMONY OF CHARLES H. GRICE; NOTICE THEREOF

PLEASE TAKE NOTICE that, on Friday, July 14, 2023, Plaintiff Mohammad Farshad Abdollah Nia ("Plaintiff") will and hereby does move this Court for an order pursuant to Federal Rule of Evidence 702 prohibiting Defendant Bank of America, N.A. from offering the testimony of Charles H. Grice as a witness for any purpose in this matter.

Plaintiff's Motion is based on the attached Memorandum of Points and Authorities, declaration, and exhibits, any reply Memoranda filed in further support, and any oral argument.

Dated: July 14, 2023

Respectfully submitted,

*/s/ Matthew A. Smith*
Matthew A. Smith (CA No. 309392)
**MIGLIACCIO & RATHOD LLP**
201 Spear St, Ste 1100
San Francisco, California 94105
Tel: (831) 687-8255
msmith@classlawdc.com

Nicholas Migliaccio, pro hac vice
Jason Rathod, pro hac vice
**MIGLIACCIO & RATHOD LLP**
412 H St. NE
Washington, D.C. 20002
Tel: (202) 470-3520
Fax: (202) 800-2730
nmigliaccio@classlawdc.com
jrathod@classlawdc.com

Benjamin I. Siminou (CA No. 254815)
**SINGLETON SCHREIBER, LLP**
591 Camino de la Reina, Ste. 1025
San Diego, California 92108
Tel. (619) 704-3288
bsiminou@singletonschreiber.com

PL. MOTION AND NOTICE OF MOTION TO DISQUALIFY OR EXCLUDE THE TESTIMONY OF CHARLES H. GRICE
No. 3-21-cv-01799-BAS-BGS        1