# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMMAD FARSHAD ABDOLLAH NIA, individually, and on behalf of all others similarly situated,<br><br>                          Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A., a National Banking Association,<br><br>                          Defendant. | Case No. 21-cv-1799-BAS-DTF<br><br>**ORDER AMENDING RULE 54(B) BRIEFING SCHEDULE**<br>**(ECF No. 121)** |

Previously, this Court granted the parties' Joint Motion for Extension of Time for Defendant Bank of America, N.A. to File Response to Plaintiff's Motion for Entry of a Final Judgment Pursuant to Rule 54(b) ("the Motion"). (ECF No. 121; ECF No. 124.) In its order granting the Motion, the Court set a deadline for Defendant's Response to Plaintiff's Rule 54(b) motion as June 12, 2024. Therefore, to the extent Plaintiff wishes to file a Reply, Plaintiff is hereby **ORDERED** to file his Reply no later than **June 20, 2024**.

      **IT IS SO ORDERED.**

**DATED: June 10, 2024**

Hon. Cynthia Bashant
United States District Judge

- 1 -

21cv1799