**MIGLIACCIO & RATHOD LLP**
Nicholas Migliaccio, *pro hac vice*
Jason Rathod, *pro hac vice*

**SINGLETON SCHEIBER, LLP**
Benjamin I. Siminou (CA No. 254815)
Jonna D. Lothyan (CA No. 298650)
*Attorneys for Plaintiff and Proposed Class*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMMAD FARSHAD ABDOLLAH NIA, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A.,<br><br>Defendant. | **Case No. 3:21-cv-01799-BAS-BJC**<br><br>**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE OF PLAINTIFF'S SOLE TRIABLE ISSUE AND CLAIMS PREMISED ON THE SOLE TRIABLE ISSUE**<br><br>Judge: Hon. Cynthia J. Bashant<br><br>Magistrate Judge: Hon. Benjamin J. Cheeks |

Plaintiff Mohammed Farshad Abdollah Nia ("Plaintiff") and Defendant Bank of America, N.A. ("Defendant") by and through their undersigned counsel, hereby stipulate and agree, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), to the dismissal with prejudice of what remains as the sole triable issue following the Court's Order of March 26, 2024 (Dkt. 112), *inter alia*, granting, in part, Defendant's motion for summary judgment (Dkt. 72), namely, of "whether [Plaintiff] Nia received an October 22, 2019 letter from BANA informing him that his account had been 'restricted' after [Defendant] BANA permanently closed his account" ("Sole Triable Issue"), Order on BANA's Motion for Summary Judgment and Plaintiff's Motion for Class Certification (Dkt. 112) ("Order") at 35, 39. Plaintiff and Defendant, by and through their undersigned counsel, hereby further stipulate and agree, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), to the dismissal with prejudice of Plaintiff's claims sounding in violation of the Equal Credit Opportunity Act and the Unfair Competition Law claims solely to the extent they are premised on the aforementioned Sole Triable Issue.

Respectfully submitted,

Dated: August 30, 2024

By: */s/ Jason S. Rathod*

Jason S. Rathod (*pro hac vice*)
Nicholas A. Migliaccio (*pro hac vice*)
**MIGLIACCIO & RATHOD LLP**
412 H. St. NE, Suite 302
Washington DC 20002
Tel. (202) 470-3520
nmigliaccio@classlawdc.com
jrathod@classlawdc.com

Benjamin I. Siminou (CA No. 254815)
Jonna D. Lothyan (CA No. 298650)

| | |
|---|---|
| 1 | **SINGLETON SCHREIBER LLP** |
| 2 | 591 Camino De La Reina, Suite 1025 |
|   | San Diego, CA 92108 |
| 3 | Tel. (619) 7713473 |
| 4 | [bsiminou@singletonschreiber.com](mailto:bsiminou@singletonschreiber.com) |
|   | jlothyan@singletonschreiber.com |
| 5 | |
| 6 | Attorneys for Plaintiff |
|   | MOHAMMAD FARSHAD ABDOLLAH NIA |
| 7 | |
| 8 | By: /s/ *Shawn R. Obi* |
|   | Amanda L. Groves (SBN: 187216) |
| 9 | agroves@winston.com |
|   | Shawn R. Obi (SBN: 288088) |
| 10 | sobi@winston.com |
| 11 | **Winston & Strawn LLP** |
| 12 | 333 S. Grand Avenue |
|   | Los Angeles, CA 90071-1543 |
| 13 | Telephone: (213) 615-1700 |
|   | Facsimile: (213) 615-1750 |
| 14 | |
| 15 | Attorneys for Defendant |
|   | Bank of America, N.A. |

**STIPULATION OF VOLUNTARY DISMISSAL** 3:21-cv-01799-BAS-BJC