**MIGLIACCIO & RATHOD LLP**
Jason Rathod, *pro hac vice*
Matthew A. Smith (CA No. 309392)
Nicholas Migliaccio, *pro hac vice*

**SINGLETON SCHEIBER, LLP**
Benjamin I. Siminou (CA No. 254815)
Jonna D. Lothyan (CA No. 298650)
*Attorneys for Plaintiff and Proposed Class*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMMAD FARSHAD ABDOLLAH NIA, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A.,<br><br>Defendant. | **Case No. 3:21-cv-01799-BAS-BJC**<br><br>**PLAINTIFF'S NOTICE OF UNCONTESTED MOTION AND MOTION FOR ENTRY OF A FINAL JUDGMENT**<br><br>Judge: Hon. Cynthia J. Bashant<br>Magistrate Judge: Hon. Benjamin J. Cheeks<br><br>Hearing Date: September 30, 2024<br><br>NO ORAL ARGUMENT UNLESS ORDERED BY THE COURT |

1  PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 58, Rule 7.1 of the Local Rules of the United States District Court for the Southern District of California, and Chambers Rule IV, Plaintiff Mohammad Farshad Abdollah Nia ("Plaintiff") will and hereby does move the Court to enter final judgment on Plaintiff's claims arising under the Violation of the Equal Credit Opportunity Act, 15 U.S.C. § 1691, *et. seq.*, 42 U.S.C. § 1981, the Unruh Civil Rights Act, Cal. Civil Code §§ 51, 51.5, 52(a), and the Unfair Competition Law that the Court disposed of with its Order Denying Motion for Class Certification and Partial Summary Judgment, Granting in Part and Denying in Part Cross Motion for Summary Judgment, and Denying Motions to Exclude Opinions (Dkt. No. 112). This Motion is based upon this Notice of Motion, the accompanying Memorandum of Points and Authorities, upon all pleadings, papers, and documents on file, and on any oral argument that the Court may entertain.

Respectfully submitted,

Dated: August 30, 2024

By: */s/ Jason S. Rathod*
Jason S. Rathod
Nicholas A. Migliaccio
**MIGLIACCIO & RATHOD LLP**
412 H. St. NE, Suite 302
Washington, DC 20002
Tel. (202) 470-3520
nmigliaccio@classlawdc.com
jrathod@classlawdc.com

Benjamin I. Siminou (CA No. 254815)
Jonna D. Lothyan (CA No. 298650)
**SINGLETON SCHREIBER LLP**
591 Camino De La Reina, Suite 1025
San Diego, CA 92108
Tel. (619) 7713473
bsiminou@singletonschreiber.com
jlothyan@singletonschreiber.com

Attorneys for Plaintiff
MOHAMMAD FARSHAD ABDOLLAH NIA

**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR ENTRY OF A FINAL JUDGMENT**