UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMMAD FARSHAD ABDOLLAH NIA, individually, and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br> v.<br><br>BANK OF AMERICA, N.A., a National Banking Association,<br><br>        Defendant. | Case No. 21-cv-1799-BAS-BGS<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR ENTRY OF A FINAL JUDGMENT (ECF No. 136)** |

  Pending before the Court is Plaintiff's Unopposed Motion for Entry of a Final Judgment. Plaintiff's Motion is **GRANTED**. Pursuant to Rule 58 of the Federal Rules of Civil Procedure, the Court hereby directs the Clerk of the Court to enter final judgment in favor of the Defendant on Plaintiff's claims arising under the Equal Credit Opportunity Act, 15 U.S.C. § 1691, *et seq.* ("ECOA"); 42 U.S.C. § 1981; the Unruh Civil Rights Act, Cal. Civ. Code §§ 51, 51.5, 52(a); and the Unfair Competition Law ("UCL") as set forth in this Court's March 26, 2024, Order Denying Motion for Class Certification and Partial Summary Judgment, Granting in Part and Denying in Part Cross Motion for Summary

Judgment, and Denying Motions to Exclude Opinions (ECF No. 112) (the "Summary Judgment Order").[1] The Clerk of the Court is directed to close the case.

**IT IS SO ORDERED.**

**DATED: September 9, 2024**

Hon. Cynthia Bashant
United States District Judge

---

[1] The Summary Judgment Order had left unresolved "whether [Plaintiff] Nia received an October 22, 2019 letter from BANA informing him that his account had been 'restricted' after [Defendant] BANA permanently closed his account" (the "Sole Triable Issue") and kept live Plaintiff's ECOA and derivative UCL claims solely to the extent they were premised on the Sole Triable Issue. These claims premised on the Sole Triable Issue have been dismissed with prejudice by stipulation pursuant to Rule 41(a)(1)(ii). (ECF No. 135.) With the parties' dismissal of claims arising from the Sole Triable Issue, no live claims remain in the litigation.