

# United States District Court
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Mohammad Farshad Abdollah Nia, individually, and on behalf of all similarly situated<br><br>Plaintiff,<br>V.<br><br>Bank of America, N.A.<br><br>Defendant. | Civil Action No. 21-cv-1799-BAS-BJC<br><br>JUDGMENT IN A CIVIL CASE |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Plaintiff's Motion is GRANTED. Pursuant to Rule 58 of the Federal Rules of Civil Procedure, the Court hereby directs the Clerk of the Court to enter final judgment in favor of the Defendant on Plaintiff's claims arising under the Equal Credit Opportunity Act, 15 U.S.C. § 1691, et seq. ("ECOA"); 42 U.S.C. § 1981; the Unruh Civil Rights Act, Cal. Civ. Code §§ 51, 51.5, 52(a); and the Unfair Competition Law ("UCL") as set forth in this Court's March 26, 2024, Order Denying Motion for Class Certification and Partial Summary Judgment, Granting in Part and Denying in Part Cross Motion for Summary Judgment, and Denying Motions to Exclude Opinions (ECF No. 112) (the "Summary Judgment Order").

Date: 9/9/24

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By: s/ M. Williams
M. Williams, Deputy